WO

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>v.<br><br>James Ryan Burruel,<br><br>              Defendant. | No. CR-15-984-01-PHX-GMS<br><br>**ORDER OF DETENTION** |

A detention hearing on the Petition on Supervised Release was held on August 20, 2019.

The Court Finds that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is neither a serious flight risk nor a danger to the community. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

IT IS ORDERED that the Defendant shall be detained pending further order of the court.

Dated this 20th day of August, 2019.

_____
Honorable John Z. Boyle
United States Magistrate Judge